UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ALLEN BECK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:13-cv-00090-JAW |
| | ) | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 15, 2013 (ECF No. 36), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion to Dismiss (ECF No. 31) be and hereby is GRANTED and Counts One, Two, and Four of the Complaint are dismissed to the extent they are directed against Federal National Mortgage Association and Mortgage Electronic Registration Systems, Inc.

SO ORDERED.

      /s/ John A. Woodcock, Jr._____
      JOHN A. WOODCOCK, JR.
      CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd day of November, 2013